UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-02822-AH (KESx) | Date | June 10, 2025 |
| Title | *In re Edwards Lifesciences Corp. Derivative Litig.* | | |

Present: The Honorable   Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE STAYED

On October 14, 2024, Plaintiff Dhimant Patel filed a putative securities class action alleging violations of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78a, et seq. ("Exchange Act") against Edwards Lifesciences Corporation ("Edwards Lifesciences") and corporate officers of Edwards Lifesciences. Case No. 8:24-cv-02221-AH (KESx) (the "*Patel* Action"), Dkt. No. 1.

On December 31, 2024, Plaintiff Manh Ho filed a shareholder derivative action alleging violations of the Exchange Act, breach of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, and waste of corporate assets against corporate officers of Edwards Lifesciences and nominal defendant Edwards Lifesciences. Case No. 8:24-cv-02822-AH (KESx) (the "*Ho* Action"), Dkt. No. 1. On March 24, 2025, this action was transferred to this Court as a related case. Case No. 8:24-cv-02822-AH (KESx), Dkt. No. 20.

On January 17, 2025, Plaintiff Barbara Sheridan filed a shareholder derivative action alleging violations of the Exchange Act, breach of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, and waste of corporate assets against corporate officers of Edwards Lifesciences and nominal defendant

Edwards Lifesciences. Case No. 25-cv-00097-AH (KESx) (the "*Sheridan* Action"), Dkt. No. 1. On March 21, 2025, this case was transferred to this Court as a related case. Case No. 8:25-cv-00097-AH (KESx), Dkt. No. 10.

On April 10, 2025, the Court consolidated the *Ho* Action and the *Sheridan* Action under the name *In re Edwards Lifesciences Corporation Derivative Litigation*. Case No. 8:24-cv-02822, Dkt. No. 23.

The parties are **ORDERED TO SHOW CAUSE, within 14 days of the issuance of this order**, why this consolidated action should not be stayed pending resolution of the similar securities class action before this Court, the *Patel* Action, Case No. 8:24-cv-02221-AH (KESx), given the apparent "substantial overlap" between the cases and to "promote judicial efficiency and avoid duplicative efforts." *See, e.g., Rammohan v. Thomas*, 2021 U.S. Dist. LEXIS 30867, at *4–*6 (C.D. Cal. Feb. 16, 2021); *In re STEC, Inc. Derivative Litig.*, 2012 WL 8978155, at *6 (C.D. Cal. Jan. 11, 2012) (staying derivative shareholder action pending resolution of securities class action); *see also Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) (the "power to stay proceedings is incidental to the power inherent in every court to control disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

Failure to adequately respond will result in the Court staying proceedings in this consolidated action. Alternatively, the parties may discharge this Order to Show Cause with an appropriate stipulation to stay proceedings pending the outcome of the *Patel* Action.

**IT IS SO ORDERED.**