LATHAM & WATKINS LLP
Michele D. Johnson (CA Bar No. 198298)
Kristin N. Murphy (CA Bar No. 268285)
Jordan D. Cook (CA Bar No. 293394)
*michele.johnson@lw.com*
*kristin.murphy@lw.com*
*jordan.cook@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

*Attorneys for the Individual Defendants and Edwards Lifesciences Corporation*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE EDWARDS LIFESCIENCES CORPORATION DERIVATIVE LITIGATION | Lead Case No.: 8:24-cv-02822-AH-KES |
| This Document Relates to: ALL ACTIONS | **STIPULATION STAYING DERIVATIVE ACTION** |

Plaintiffs Manh Ho and Barbara Sheridan (collectively, "Plaintiffs"), Defendants Bernard J. Zovighian, Nicholas J. Valeriani, Leslie C. Davis, Kieran T. Gallahue, Leslie S. Heisz, Paul A. Laviolette, Steven R. Loranger, Ramona Sequeira, Martha H. Marsh, Michael A. Mussallem, Larry L. Wood, and Scott Ullem (the "Individual Defendants"), and Nominal Defendant Edwards Lifesciences Corporation ("Edwards" or the "Company" and, together with the Individual Defendants, "Defendants," and collectively with Plaintiffs, the "Parties") jointly submit this stipulation ("Stipulation") to stay the above-captioned Action ("Action") as follows:

WHEREAS, on December 31, 2024, Plaintiff Manh Ho filed a shareholder derivative action, *Ho v. Zovighian, et al.*, Case No. 8:24-cv-02822-JWH-ADS, on behalf of Nominal Defendant Edwards in this Court for alleged violations of the federal securities laws, breaches of fiduciary duties, unjust enrichment, abuse of control, gross mismanagement, and waste of corporate assets against the Individual Defendants (the "*Ho* Action");

WHEREAS, on January 17, 2025, Plaintiff Barbara Sheridan filed a shareholder derivative action, *Sheridan v. Zovighian*, Case No. 8:25-cv-00097-MWC-DFM, on behalf of Nominal Defendant Edwards in this Court for alleged violations of the federal securities laws, breaches of fiduciary duties, aiding and abetting breaches of fiduciary duties, unjust enrichment, abuse of control, and waste of corporate assets against the Individual Defendants (the "*Sheridan* Action");

WHEREAS, the *Ho* Action and the *Sheridan* Action challenge substantially the same alleged conduct by the same directors and executive officers, involve substantially the same questions of law and fact, and are based on the same or overlapping factual allegations;

WHEREAS, on April 10, 2025, the Court: (1) consolidated the *Ho* Action and *Sheridan* Action into the above-captioned Action, styled *In re Edwards Lifesciences Corporation Derivative Litigation*, Consolidated Case No. 8:24-cv-02822-AH-KES

(the "Consolidated Derivative Action"), and (2) appointed The Brown Law Firm, P.C. and Rigrodsky Law, P.A. as Co-Lead Counsel for plaintiffs in the Action (Dkt. 23);

WHEREAS, there is an earlier-filed putative securities class action pending in this Court, captioned *Patel v. Edwards Lifesciences Corporation*, Case No. 8:24-cv-02221-MCS-KES, filed on October 14, 2024, that alleges violations of federal securities laws by Edwards and Defendants Bernard J. Zovighian, Larry L. Wood, and Scott Ullem based on factual allegations substantially the same as those in the Consolidated Derivative Action (the "Securities Class Action");

WHEREAS, defendants in the Securities Class Action filed a motion to dismiss the operative complaint in the Securities Class Action on May 20, 2025 ("Motion to Dismiss");

WHEREAS, the Parties agree that the resolution of the Motion to Dismiss may help inform the manner in which the Consolidated Derivative Action proceeds;

WHEREAS, in an effort to proceed in the most efficient manner, the Parties agree that the Consolidated Derivative Action should be temporarily stayed until the resolution of the Securities Class Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties through their undersigned counsel of record and subject to approval of the Court, as follows:

1. The Consolidated Derivative Action, including all deadlines, hearings, and conferences, as well as any discovery, is hereby stayed until the Securities Class Action is resolved.

2. Notwithstanding the above, any of the Parties to the Consolidated Derivative Action may request that the Court lift the voluntary stay upon good cause shown by giving the other Parties at least ten (10) business days' written notice that they believe such good cause exists and thereafter bringing the matter to the Court's attention and requesting that the stay of the Consolidated Derivative Action be lifted.

If contested, the Parties shall work together to propose a briefing schedule on the question of whether good cause exists to lift the stay.

3. The Consolidated Derivative Action is stayed without waiver of any claims, defenses or objections, including any objection to forum or venue.

4. Upon the resolution of the Securities Class Action, the Parties shall meet and confer regarding appropriate next steps to be taken in the Consolidated Derivative Action and notify the Court accordingly within fifteen (15) days.

**IT IS SO STIPULATED**

Dated: June 12, 2025

Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

*/s/ Robert C. Moest*
Robert C. Moest (Bar No. 62166)
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
*RMoest@aol.com*

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
*tbrown@thebrownlawfirm.net*

*Co-Lead Counsel for Plaintiffs*

**RIGRODSKY LAW, P.A.**

Herbert W. Mondros
1007 N. Orange Street, Suite 453
Wilmington, DE 19801
Telephone: (302) 295-5310
*hwm@rl-legal.com*

*Co-Lead Counsel for Plaintiffs*

**LATHAM & WATKINS LLP**

*/s/ Jordan D. Cook*
Michele D. Johnson (CA Bar No. 198298)
Kristin N. Murphy (CA Bar No. 268285)
Jordan D. Cook (CA Bar No. 293394)
*michele.johnson@lw.com*
*kristin.murphy@lw.com*
*jordan.cook@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: +1.714.540.1235

*Counsel for the Individual Defendants and Edwards Lifesciences Corporation*

## ATTESTATION

I hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: June 12, 2025

*<u>/s/ Jordan D. Cook</u>*
Jordan D. Cook