**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE EDWARDS LIFESCIENCES CORPORATION DERIVATIVE LITIGATION | Lead Case No.: 8:24-cv-02822-AH-KESx<br>**ORDER STAYING DERIVATIVE ACTION [26]** |
| This Document Relates to: ALL ACTIONS | Hon. Anne Hwang<br>**NOTE CHANGES MADE BY COURT** |

Having considered the Parties' Stipulation, and for good cause shown, the Court hereby GRANTS the Stipulation and **ORDERS** as follows:

1. The Consolidated Derivative Action, including all deadlines, hearings, and conferences, is hereby stayed until the putative securities class action pending in this Court, captioned *Patel v. Edwards Lifesciences Corporation*, Case No. 8:24-cv-02221-AH (KESx), filed on October 14, 2024 ("Securities Class Action"), is resolved.

2. Notwithstanding the above, any of the Parties to the Consolidated Derivative Action may request that the Court lift the voluntary stay upon good cause shown by giving the other Parties at least ten (10) business days' written notice that they believe such good cause exists and thereafter bringing the matter to the Court's attention and requesting that the stay of the Consolidated Derivative Action be lifted. If contested, the Parties shall work together to propose a briefing schedule on the question of whether good cause exists to lift the stay.

3. Defendants shall promptly notify Plaintiffs should they become aware of any related derivative lawsuits ("Related Derivative Action") or threatened, related derivative lawsuits, including books and records demands or litigation demands ("Threatened, Related Derivative Actions").

4. Defendants shall promptly notify Plaintiffs if a Related Derivative Action is not stayed for a similar or longer duration than the stay of the Consolidated Derivative Action.

5. If a Related Derivative Action, wherever instituted, is not stayed for the same or longer duration than the stay of the Consolidated Derivative Action, Plaintiffs shall have the option to terminate the stay by giving thirty (30) days' notice to counsel for Defendants via email.

6. Defendants shall include Plaintiffs in any mediation or formal settlement talks with the plaintiff(s) in the Securities Class Action, any purported plaintiff in any Related Derivative Actions, or any purported shareholder in any

Threatened, Related Derivative Actions.

7. While the stay is in effect, and subject to the execution of an appropriate confidentiality agreement and/or protective order, Defendants shall promptly produce to Plaintiffs copies of any documents, written discovery, and deposition transcripts produced in the Securities Class Action, any Related Derivative Actions, or any Threatened, Related Derivative Actions. Upon the dissolution of any stay, the Parties' rights to discovery, and protections therefrom, shall be governed by mutual agreement, order of the Court, and/or the Federal Rules of Civil Procedure.

8. The Consolidated Derivative Action is stayed without waiver of any claims, defenses or objections, including any objection to forum or venue.

9. Upon the resolution of the Securities Class Action, the Parties shall meet and confer regarding appropriate next steps to be taken in the Consolidated Derivative Action and notify the Court accordingly within fifteen (15) days.

10. After any stay is lifted, Defendants shall not move to stay the Consolidated Derivative Action in deference to any other derivative action.

This Order is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Consolidated Derivative Action, including Defendants' right to file a motion to transfer. Plaintiffs reserve all claims, and Defendants reserve all rights except as to service of process.

**IT IS SO ORDERED.**

Dated JUNE 17, 2025

[signature]

Hon. Anne Hwang
UNITED STATES DISTRICT JUDGE